IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAWRENCE NORTHERN
and VIRN POLK,

                                                    ORDER

                Plaintiffs,

                                                  07-cv-142-bbc

    v.

LARRY FUCHS, C.O. REGER,
CAPTAIN DENKE and DR. GLEN
HEINZL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 9, I denied plaintiffs' motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(2) and ((b)(3) as untimely. Plaintiff Lawrence Northern now moves for reconsideration of that order. His motion will be denied.

ORDER

IT IS ORDERED that plaintiff Lawrence Northern's motion for reconsideration of

the court's March 9, 2009 order, dkt. # 43 is DENIED.

Entered this 24th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2